IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

      Defendants.

_____

### ST. ANSELM DEFENDANTS' MOTION TO DISMISS
_____

Defendants, St. Anselm Exploration Co., Michael A. Zakroff, Mark S. Palmer, and Anna M.R. Wells (collectively, the "St.Anselm Defendants"), through their attorneys, Birge & Minckley, P.C., respectfully move to dismiss Plaintiff's Complaint pursuant to Fed.R.Civ.P. 12(b)(6), and 9(b) and in support thereof state as follows:

1. The allegations of false statements fail to meet the requirements of Rule 12(b)(6) because they are based in part on statements which are opinions of management, vague and non specific positive statements or statements about future events, none of which are material as a matter of law.

2. The allegations of false statements fail to meet the requirements of Rule 12(b)(6) because they are taken out of context or are misquotations and the complete statements taken in context are not false statements of fact.

3. The allegations of false statements and omissions about the Company's geothermal business fail to meet the requirements of Rule 9(b) because the allegations of falsity are made on information and belief.

4. The allegations of material omissions fail to meet the requirements of Rule 12(b)(6) because they fail to allege a duty to disclose the information or, in the alternative, fail to allege a voluntary statement which would, under the law, create a duty to disclose.

5. The Complaint fails to allege any facts beyond the alleged false statements and omissions and, therefore, the Complaint fails to allege any cause of action based upon the "scheme" or "course of business" provisions of the applicable federal securities laws.

WHEREFORE, the St. Anselm Defendants request that Plaintiff's Complaint be dismissed with prejudice as to Defendants St. Anselm, Zakroff, Palmer and Wells, and that they be awarded their attorneys' fees and costs.

DATED this 31st day of May, 2011.

BIRGE & MINCKLEY, P.C.

s/ Thomas D. Birge_____
Thomas D. Birge
Carla B. Minckley
9055 E. Mineral Circle, Suite 110
Centennial, CO  80112
(303) 860-7100
tbirge@birgeminckley.com

ATTORNEYS FOR THE
ST. ANSELM DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of May, 2011, a true and correct copy of the foregoing ST. ANSELM DEFENDANTS' MOTION TO DISMISS was served via CM/ECF, addressed to the following:

Nancy J. Gegenheimer
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202-2656
gegenheimern.@sec.gov


David A. Zisser, Esq.
Davis, Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, CO 80202
david.zisser@dgslaw.com



    s/ Patricia A. Cole_____
    Patricia A. Cole