IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

      Defendants.

_____

**ORDER GRANTING MOTION TO DISMISS OF THE ST. ANSELM DEFENDANTS**
_____

THIS MATTER having come before the Court upon Motion to Dismiss (Docket #_____)

pursuant to Fed.R.Civ.P. 12(b)(6) of Defendants St. Anselm Exploration Co., Michael A.

Zakroff, Mark S. Palmer, and Anna M.R. Wells (collectively, the "St.Anselm Defendants"), and

the Court having considered the memoranda briefs in support of and opposition to the motion,

and any supporting documents filed therewith, hereby

      ORDERS that the St. Anselm Defendants' Motion to Dismiss is granted; and

      FURTHER ORDERS that Plaintiff's claims against the St. Anselm Defendants are

dismissed with prejudice.

DATED: _____

                                                                          BY THE COURT

	_____
						Robert E. Blackburn
						United States District Judge