December 2007

**RE: St Anselm Exploration Company Activity Update**

Thank you for your interest in our oil and gas exploration and production activities. We also wish to thank those of you who are current note holders. It is our hope that this letter will provide some updated, useful details of our most important current area of activity, namely, central Kansas, northwestern Kansas, and Nebraska. We currently have no oil and gas projects other than the Kansas/Nebraska program.

*In order to invest in our current programs you must have a minimum of $50,000.00 invested, execute the Subscription Booklet identifying you as an accredited investor and return it to us. After receipt of your funds and approval of your Subscription Booklet, we will forward you executed promissory note documents. You should also have a Subscription Booklet that corresponds to each of our programs, a sample of each of our notes and a sample of the note guaranty.*

**Recent developments in Kansas:**

- As seismic and drilling activities move to the Northwest, we are seeing a trend towards larger structures.
- The engineered reserves of the 11 newest wells, located in northwestern prospects, are approximately 83,000 barrels each compared to the historic average of 50,000 barrels.
- Reserve values (as reflected in the October 1, 2007 report) have grown approximately 38% over July 1, 2007 reserve report values.
- Now that the dismal weather of last Winter/Spring that significantly limited drilling and seismic acquisition is well behind us, our drilling is tracking at the projected rate.
- Seismic acquisition on our leases continues to gain momentum: 135 new square miles have been shot in 2007 and an additional new 200 square miles are under way.

Kansas is a mature and prolific state for oil and gas production. Through 2006, Kansas has produced over 6.2 billion barrels of oil and contains the main portion of the largest gas field in the US, the Hugoton Field. There are still large areas of the state, both close to older producing fields and in less densely drilled areas that have not been explored with state-of-the-art 3D seismic technology. We believe that there are approximately 100,000 square miles in Kansas and southern Nebraska that can still be exploited with 3D seismic technology.

Our program currently has 60 producing wells. Our rate of drilling is rapidly moving towards our eight well per month goal. We expect to reach a drilling pace of 90 to 100 wells per year in 2008 and beyond. Our current drilling success rate is 50% or greater.

St. Anselm's net working interest ranges from 10% to 20% with most wells at the high end of the range. There are occasional instances where we may exceed or fall below this range. Our average reserves are currently approximately 50,000 BOE (Barrels of Oil Equivalent) per well. This calculates to a reserve figure net to our interest of about 5,000-10,000 BOE per well. We have most of our oil production barrels hedged through 2007 with a $60 per barrel (or greater) floor.



EXHIBIT B

At present, a typical well costs approximately $177,000 to drill and an additional $218,000 to complete. We allocate an additional $100,000 for land and seismic to arrive at a total estimated well cost of $495,000 (to 100% of the working interest ownership).

The average well usually returns its total cost ("pays out") in less than 12 months and has a life of 15-40 years. The oil production decline is hyperbolic, so we get about 50% of the oil in the first 48 months and the rest over many years at a modest rate (3-6 barrels per day after five to seven years from initial production). Our oil price is approximately 93% of the monthly average of NYMEX daily spot price.

St. Anselm now owns its proportionate share of over 500,000 acres of leases, and we continue to buy new leases at an aggressive pace. Our Wichita-based operating partner, who has been in the drilling and production business for 90 years, owns a 20% to 30% interest in all of the current acreage in the project (and will own an interest in all future leases acquired). They have two full-time 3D seismic acquisition crews under contract, so we can acquire 3D seismic data at about the same pace leases are acquired. In addition, our operating partner has a fleet of nine drilling rigs in western Kansas, and six field offices that oversee completions and daily production. So, unlike our competitors, we generally do not have to wait for equipment or services.

**Current Estimated Value:**

While it is impossible to exactly value all aspects of the broad scope of our Program, periodically we like to estimate what our assets are potentially worth in the market. There are three common industry metrics used in estimating value: Production and revenue forecast models; third-party engineering reserve reports; and comparable transactions. Our internal production and revenue forecast model (attached) estimates a current value of the St. Anselm interest in the program at between $70-$80,000,000. This value includes an estimated amount for the "go forward" factor, because we expect the program to be continuing to acquire and drill acreage at least through 2017. The well decline curves have been taken from third party engineering, meaning that the base data has been professionally reviewed, but please note that this is not a "third-party engineered" forecast. This current valuation estimate of our net interest in the program is in line (as a multiple of the reserves and land/seismic inventory) with our March 1, 2006 sale of 50% of our interest in the Kansas program at the time (as well as 19 Kansas wells) for $15 million to a Denver high-net-worth family office with a long and successful history of energy investing.

We have also attached a summary of the October 1, 2007 reserve report produced by a Colorado registered professional engineer with several decades of experience of assessing the value of petroleum reserves. This summary reflects proved petroleum reserves, but not our significant inventory of land/seismic or the value of the "blue sky" potential of the Kansas program.

St. Anselm corporate debt is $30,000,000 which, based on our valuation estimate, would put our equity to debt ratio at 2.5:1.

**Future Financings:**

We expect that St. Anselm, over the next year or two, will continue to fund activities in the Kansas/Nebraska program from private debt financing. We believe the program has shown, and will continue to show, more than enough equity to support St. Anselm's debt. *While we are confident that the overall economics of the Kansas/Nebraska program will prove to be sound and profitable (generate sufficient cash to service debt and provide a Return on Investment for the St. Anselm shareholders), any extended period of slow drilling, whether due to bad weather or other factors, could adversely impact future cash flow. And, of course, a series of unsuccessful or less-successful-*

*than-expected wells, could increase the negative impact on future cash flow, even though subsequent wells could continue to show an overall 50% or greater success rate in drilling wells with the anticipated reserves. Our strategy of funding activities from private debt financing is not without risk, which is reflected in the interest rate offered to investors and the personal guaranty of repayment.*

St. Anselm's principals are available at any time to answer your questions. Please feel free to call us at 303-298-9000. Thank you again.

*Michael A Zakroff, Secretary/Treasurer*
*Anna M. R. Wells, President*
BS and MS Geology University of Colorado
*Mark S. Palmer, Vice President*
BS Marine Geology Long Island University
MS Marine Geology and Geophysics University of Miami

## SUMMARY

## REPORT ON ESTIMATED REMAINING RESERVES AND FUTURE NET REVENUE OF ST. ANSELM EXPLORATION COMPANY'S INTERESTS IN SAINT ANSELM CKU, LLC
## OCTOBER 1, 2007

The following is summary of the data from the October 1, 2007 report on ESTIMATED REMAINING RESERVES AND FUTURE NET REVENUE for St. Anselm Exploration Company's interest in Saint Anselm CKU LLC. The actual report is available for review at the St. Anselm Exploration offices, Denver, CO:

> REDACTED
>
> CONFIDENTIAL

The report estimates the remaining reserves and future net revenue for the oil properties for St. Anselm Exploration Company's interests in Saint Anselm CKU, LLC in the state of Kansas. The effective date of this analysis is October 1, 2007. Lease names, locations, completion reports, drill stem tests, performance histories, well logs, working and net revenue interests, tax rates, and operating expense data were supplied by St. Anselm. Oil and gas prices used in this analysis were $78.45/BBL and $5.60/MCF, respectively. These oil and gas prices were held constant for the life of the properties. Reserves were determined through the application of industry accepted evaluation methods. Where sufficient production history was available, remaining reserves were estimated from an extrapolation of past performance. For wells with limited performance history, performance typical for the formation (Normalized performance trends), combined with analogy with other similar producing horizons and volumetrics were used to estimate the remaining reserves.

The reserves included in the report are classified in the proved category. Proved oil and gas reserves are the estimated quantities of crude oil, natural gas, and natural gas liquids which geological and engineering data demonstrate with reasonable certainty to be recoverable in future years from known oil and gas reservoirs under existing economic and operating conditions. These reserves are segregated into four categories, proved producing, proved non-producing, proved behind pipe, and proved undeveloped. Proved developed producing reserves are those which are expected to be produced from existing completion intervals now open for production in existing wells. Proved non-producing reserves are those reserves expected to be produced from intervals currently open for production but are awaiting surface facilities or gas gathering systems. Proved behind pipe reserves are those which exist behind the casing in existing wells, where the cost of making such oil and gas available for production is expected to be relatively small compared to the cost of a new well. Proved undeveloped reserves are those reserves recoverable by new wells on undrilled acreage offsetting productive wells or defined by 3-D seismic data that are reasonably certain of production when drilled.