

## ST. ANSELM EXPLORATION

February 2010

RE: St Anselm Exploration Company Activity Update

Thank you for your interest in our oil and gas exploration and production activities. It is our hope that this letter will provide some useful details of our most important current area of activity, namely, central Kansas, northwestern Kansas, and Nebraska. We currently have no oil and gas projects other than the Kansas/Nebraska program.

*In order to invest in our current programs you must have a minimum of $50,000.00 invested, execute the Subscription Booklet identifying you as an accredited investor and return it to us. After receipt of your funds and approval of your Subscription Booklet, we will forward you executed promissory note documents. With this letter, you should also have a Subscription Booklet, a sample of each of our notes and a sample of the note guaranty.*

Kansas is a mature and prolific state for oil and gas production. Through 2006, Kansas has produced over 6.2 billion barrels of oil and contains the main portion of the largest gas field in the US, the Hugoton Field. There are still large areas of the state, both close to older producing fields and in less densely drilled areas that have not been explored with state-of-the-art 3D seismic technology. We believe that there are approximately 100,000 square miles (64 million acres) in Kansas and southern Nebraska that can still be exploited with 3D seismic technology. Since 2003, St. Anselm KXP LLC has leased over 1,000,000 acres with numerous large projects still being generated.

St. Anselm's net working interest ranges from 17% to 24% with most wells going forward at the high end of the range. There are occasional instances where we may exceed or fall below this range. Our average reserves are currently approximately 50,000 BOE (Barrels of Oil Equivalent) per well.

A typical well costs approximately $158,925 to drill, an additional $263,405 to complete and $79,200 for land and seismic for a total estimated well cost of $501,530 (to 100% of the working interest ownership). Risk adjusted for our historical success ratio (approximately 60%), the real cost is $633,880. This real cost is figured by:

- risk adjusting the drilling cost by success ratio ($158,925/.6 = $264,875)
- risk adjusting the land and seismic cost by the number of locations generated by shooting one square mile of seismic ($79,200/.75 = $105,600)
- plus the cost ($263,405) to complete a well for production
- $264,875 + $105,600 + $263,405 = $633,880

Confidential treatment requested by St. Anselm Exploration, Inc.

730 SEVENTEENTH STREET · SUITE 820 · DENVER, COLORADO 80202
TELEPHONE 303.298.9000 · FACSIMILE 303.298.1958

EXHIBIT
D

029606

When we model the project over a twenty year life net to St. Anselm, the undiscounted net present value amounts to greater than $218MM and the IRR exceeds 56% (see attached St. Anselm KXP LLC Project Model).

The average well usually returns 25% of the future reserves and undiscounted cash flow and over 90% of our costs in the first year. Our oil price is approximately $7.00 below the NYMEX monthly calendar crude oil price, and currently (January 2010) is approximately $71.00/BBL.

The average of 50,000 barrels of gross reserves has always been worth a factor of two to three times the risk adjusted cost. Therefore, each dollar invested in drilling is more than doubled. Also, for each success, we add to the value of the surrounding well sites, called offset locations.

Based on third party engineering, the PV10 value of a 50,000 BBL well is approximately $2.01MM. The undiscounted future value over a 20 year well life is approximately $3.05MM. St. Anselm typically sells (monetizes) our accumulated proved reserves annually for a PV10 to PV16 (84% of PV10) value, depending on the age of the well and the relative amount of the associated behind pipe reserves and number of potential offset locations. Based on a PV10 value, we realize approximately 3.2:1 return ($2,010,000/$633,880) while a low case sale based on a PV16 value we realize approximately 2.7:1 return ($1,688,400/$633,880).

Our Wichita-based operating partner, who has been in the drilling and production business for 90 years, owns a 20% to 30% interest in all of the current acreage in the project (and will own an interest in all future leases acquired). Our operating partner has a fleet of ten drilling rigs and ten service units in western Kansas, and five field offices that oversee drilling, completion and production operations. So, unlike our competitors, we do not have to wait for equipment or services.

Our project economics remain very robust and should continue to be so as underlying costs of labor, services and materials tend to rise and fall in relation to product prices. Over the past 36 months, our Kansas project has grown ten fold in scale and scope of activities and has tripled its rate of drilling, to a current rate of six wells per month, as well as acquiring approximately 300 square miles of 3D seismic data per year. Our success rate has remained constant at 60% and we have an extensive inventory of drillable locations. Our operating model for this program is regularly adjusted to market price and our economics continue to be attractive down to $45/barrel. In fact, when we began the Kansas project in 2003, we were using $25/barrel in our economic models. For a historical perspective of oil prices, please refer to the attached price summary taken from the August 25, 2008 edition of the Oil and Gas Journal.

In the last 18 months, St. Anselm completed a sale of proved reserves for $11MM in September 2008 and a second sale of $4MM in April 2009. St. Anselm values its current and potential inventory of production, 3D seismic data and leasehold on an ongoing basis at approximately $60-75MM. That valuation is an internally generated opinion of management and has not been certified by an external third party. That certification only takes place when taken to market; therefore there is no way to certify on an ongoing basis.

Additionally, in first quarter of 2007, St. Anselm founded a geothermal power generation subsidiary. That subsidiary, Terra Caliente, has attracted capital commitments for leasing and drilling wells in excess of $100MM for the project as a whole. We would value our approximately 25% interest in the geothermal endeavor at $30 - $40MM at this time based upon comparable market valuations.

Confidential - Protected by the Protective Order in ..., Inc.

We are confident that the Fair Market Value of St. Anselm's assets to debt ratio remain greater than two to one.

We expect that St. Anselm, over the next year or two, will continue to fund activities in the Kansas/Nebraska program from private debt financing. We believe the program has shown, and will continue to show, more than enough equity to support St. Anselm's debt. *While we are confident that the overall economics of the Kansas/Nebraska program will prove to be sound and profitable (generate sufficient cash to service debt and provide a Return on Investment for the St. Anselm shareholders), any extended period of slow drilling, whether due to bad weather or other factors, could adversely impact future cash flow. And, of course, a series of unsuccessful or less-successful-than-expected wells could increase the negative impact on future cash flow, even though subsequent wells could continue to show an overall 50% or greater success rate in drilling wells with the anticipated reserves. Our strategy of funding activities from private debt financing is not without risk, which is reflected in the interest rate offered to investors and the personal guaranty of repayment.*

Thank you for your consideration of our promissory note offerings. As always, we look forward to building long lasting and mutually beneficial relationships. St. Anselm's principals are available at any time to answer your questions. Please feel free to call us at 303-298-9000.

*Michael A Zakroff, Secretary/Treasurer*
*Anna M. R. Wells, President*
BS and MS Geology University of Colorado
*Mark S. Palmer, Vice President*
BS Marine Geology Long Island University
MS Marine Geology and Geophysics University of Miami

Confidential Treatment Requested by St. Anselm Colorado, Inc.

CONFIDENTIAL

REDACTED

CONFIDENTIAL

tics not geology: "We are not believers in peak oil," he said. "We believe the above-ground risk is the issue."[3] BP Chief Executive Tony Hayward echoes the sentiment, saying the problems in bringing on new production "are not so much below ground as above it and not geological but political."[4]

## Geopolitics

Oil prices reflect not only demand and supply, but broader macroeconomic and geopolitical changes. The imbalance between demand and supply has been heightened, for example, by rising exploration and production costs and an aging labor force. And the rise of "resource nationalism" has complicated the timely allocation of adequate investment and the utilization of most advanced technology.

Political calls to reduce dependency on the Middle East are unrealistic. Given their geological advantages, Middle East producers will continue to play a dominant role in global oil markets, and the world's dependency on the Middle East is likely to expand, not shrink.

The era of confrontation between oil producers and consumers is over because the two sides, as well as oil companies, share a mutual interest in "moderate" oil prices that would contribute to stable energy markets. The International Energy Forum (IEF) can be seen as an embodiment of the current and future cooperation between major players in the oil industry.

## Demand-driven price jump

A fundamental characteristic of oil policy is that today's global oil market is overwhelmingly well-integrated. In such a global market, it matters less who buys and who sells oil. More important is the availability of enough supplies to meet growing demand. Economic growth is the single most important determinant of changes in oil demand.

As the world's population continues to rise and living standards continue to improve, the world's energy requirements will continue to grow apace.

Over the last few decades energy intensity—energy use per dollar of gross domestic product (GDP)—has improved. As a result, the world economy is better suited to mitigate the impact of high oil prices.

In 1980 the global economy consumed 0.89 bbl of crude oil to produce $1,000 of real GDP (in 2007 US dollars), while today the global economy needs about 0.63 bbl of crude oil to generate the same economic output.[5]

In the last several years, economic growth, and the subsequent demand for energy, has been asymmetric. Economic growth and oil consumption in most members of the Organization for Economic Cooperation and Development (OECD) have substantially slowed down.

Meanwhile, growth and consumption in the non-OECD countries, particularly China, India, and to a lesser extent the Middle East, have shown few signs, if any, of weakness. Indeed, China represents the single largest source of world oil consumption growth. In 2007 China accounted for half of global energy consumption growth.[6]

## Other factors

In addition to rising demand, other factors have contributed, in different degrees, to the surge in oil prices:

• Oil companies have had to contend with rising costs across the industry. Costs for developing a new oil field have more than doubled since the early 2000s. For example, a deepwater drillship might have cost $125,000/day to rent in 2004. In 2008, it commands more than $600,000/day.[10]

• Refining historically has not been very profitable. The recent oil costs to refiners are shown in Fig. 2. Through much of the 1990s, refining profit margins were not sufficiently large to generate much interest in the construction of new facilities. Instead, efforts were made in the US to expand the capacity of existing refineries, a phenomenon known as "capacity creep," which contributed an additional 1.5 million b/d capacity since the early 1990s.[7]

Europe has a mixed refinery outlook. Although Europe overall is relatively balanced in total oil products, there is a chronic imbalance between the supply and demand of individual products.[8] In Asia, major new refineries are being built or are in the planning stage.

Several oil-producing countries recently have sought to expand their refining capacity. In 2006 Saudi Aramco announced plans to build two major refineries, one in a joint venture with Total SA in Jubail and the other with ConocoPhillips at Yanbu.[9]

• The "missing generation" or aging work force will retire, resulting in a shortage of knowledgeable personnel.[11] The period of low oil prices that lasted from the mid-1980s to the early 2000s provided few incentives for professionals and workers, at almost all levels, to enter the oil industry. The shortage of a young, dynamic, and experienced labor force is not likely to abate in a few months or a few years. The oil industry needs to remain competitive with other industries to attract qualified engineers, geologists, and other workers and to replace the retiring generation with a new one.

• Over the last several years the value of the US dollar has deteriorated relative to other currencies. Concern over the future of the US



CRUDE OIL PRICE SUMMARY

029610