

ST. ANSELM

EXPLORATION

October 8, 2008

Dear Note Holder:

St. Anselm management wishes to thank you for your continued interest in and support of our oil and gas exploration and production activities. We are not unaware of the extreme volatility in oil prices over the past 90 days. We want you to be comfortable, as we are, that the present price of ~ $85 a barrel is merely back to where oil prices were a year ago.

Our project economics remain very robust and should continue to be so as underlying costs of labor, services and materials tend to rise and fall in relation to product prices. Over the past 36 months, our Kansas project has grown ten fold in scale and scope of activities and has tripled its rate of drilling, to a current rate of six to eight wells per month, as well as acquiring ~ 500 square miles of 3D seismic data per year. Our success rate has remained constant at 65% and we have more than five years of drilling opportunity in inventory. Our operating model for this program is regularly adjusted to market price and our economics continue to be very strong all the way down to $45/barrel. In fact, when we began the Kansas project in 2003, we were using $25/barrel in our economic models. For a historical perspective of oil prices, please refer to the attached price summary taken from the August 25, 2008 edition of the Oil and Gas Journal. To further offset the price variability, we continue to participate in forward hedging by buying floors or puts to protect ourselves against any dramatic decrease in the price of oil 12 months forward.

While we would all have loved to see oil remain at $125/barrel or so, we felt it invited too much possibility for political interference in the oil markets and in the long run was bad for the industry and for our economy. However, we do expect oil prices to resume an upward trend when the global economy goes back into a growth mode.

St. Anselm recently completed a sale of a portion of its production for $11M on 9/12/08. St. Anselm values its current inventory of production, 3D seismic data and leaseholds on an ongoing basis at approximately $75M. That valuation is an internally generated opinion of management and has not been certified by an external third party. That certification only takes place when taken to market, therefore there is no way to certify on an ongoing basis.

In first quarter of 2007, we founded a geothermal power generation subsidiary. That subsidiary, Terra Caliente, has attracted capital commitments for leasing and drilling well in excess of $100M for the project as a whole. We would value our approximately 25%

730 SEVENTEENTH STREET · SUITE 820 · DENVER, COLORADO 80202
TELEPHONE 303.298.9000 · FACSIMILE 303.298.1958



EXHIBIT

E

interest in the geothermal endeavor at $30 - $40M at this time based upon comparable market valuations.

We are confident that St. Anselm's equity to debt ratio remains greater than two to one.

Again, thank you for your participation in our promissory note offerings. As always, we look forward to building long lasting and mutually beneficial relationships. We continue to welcome calls from our note holders so please feel free to contact us if you wish.


Best Regards,


Anna M. R. Wells, President


Mark S. Palmer, Vice President


Michael A. Zakroff, Secretary/Treasurer