

# ST. ANSELM EXPLORATION

March 2009

Dear St. Anselm Note Holder,

As you're aware, St. Anselm Exploration Co, Inc. has had several new discoveries recently. In fact, we are experiencing the highest success rate for new exploratory wells that we've ever had in Kansas. In addition, we have a higher working interest in these new discoveries and in future wells, and our reserves per well are increasing.

Our aggressive lease and 3D seismic program has allowed us to identify and secure enough well site locations for us to drill about 100 wells per year for the next 3-5 years!

We are equally enthusiastic about our geothermal project. Renewable energy such as geothermal is receiving much support from the new Administration in the form of incentives and tax credits. In the past few months, we have been approached by utility companies and other private parties about purchasing our developed geothermal resources.

We have made considerable progress leasing our target areas, and as we prepare to complete our leasing program and develop our resource areas, we have retained Geothermex to evaluate our properties. Geothermex is the premier worldwide geothermal consulting company. We received their report for one of our Nevada geothermal areas this week. We had estimated the potential to be 300MW: Geothermex estimates a 90% - minimum- probability of 258MW. Their maximum potential is almost twice ours – 545MW!

For us to maximize the value of these assets, we need to spend the next couple of years drilling and developing our identified resource areas. To help us reach our goal, we are offering more attractive terms on your present notes with us and on your renewals of existing notes.



EXHIBIT F

029599

Retroactive to January 1, 2009 any note that was renewed to a one or three year note will experience a bonus. If the note was renewed for one year, we will change your renewal to reflect a 5% interest bonus that will be payable at expiration. For example, a $100,000.00 note will receive an additional $5,000.00 at expiration. If instead, you renewed for three years or want to change your one year term to three years, we will pay a 10% interest bonus at expiration. For example, a $100,000.00 note will receive an additional $10,000.00 at expiration. Any bonus interest will be taxable upon receipt and is only eligible for payment if your note goes the entire term.

If you have not yet renewed your notes (for notes renewing after March 1, 2009) the same offer will apply to all notes renewed before June 30, 2009 OR TO ANY NEW NOTE PURCHASED BEFORE THAT DATE. If you have a note renewing that pays you back end interest, you may reinvest both the principle and back end interest to take advantage of this offer.

The interest rate on both the one and three year notes remains at 20% per year, but a one year note will now pay an additional 5% at expiration and a three year note will now pay an additional 10% at expiration. As those of you who have been with us for many years know, we have occasionally offered bonus interest programs when we've had an exciting project to finance. These terms will also be available to any new note holders you refer to us for note purchases prior to June 30, 2009.

We continue to feel that the combination of oil and gas project equity combined with geothermal project equity, that together back up your notes, is at least double the combined debt. As the geothermal project gets closer to maturity, we expect to report to you that by the end of this year the equity to debt ratio (by our calculations) has moved closer to three to one.

Thank you for your continued confidence. We will keep you updated regularly and encourage you to call Steve Etkind at (505) 263-1500 or Tania Hattig at (303) 298-9000 with any questions.

St. Anselm Exploration Company
Anna M. R. Wells, President
Mark S. Palmer, Vice President
Michael A. Zakroff, Secretary/Treasurer

Confidential Treatment Requested by St. Anselm Exploration, Inc.

029600