**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter is before the court *sua sponte.* On May 31, 2011, **St. Anselm Defendants' Motion To Dismiss** [#19][2] was filed. The **Brief in Support of Motion To Dismiss** [#20] was also filed on May 31, 2011. The motion and the brief together are 19 pages long, which is in violation of this court's practice standard REB Civ. Practice Standard V.B.1.

     **THEREFORE, IT IS ORDERED** that the motion and the brief in support are **STRICKEN**.

     Dated:  June 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.