**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on **St. Anselm Defendants' Motion For Leave To File Motion To Dismiss** [#23] filed June 3, 2011.  The motion is **GRANTED**, and **St Anselm Defendants' Motion To Dismiss Complaint** [#23-2] is accepted for filing.

    Dated:  June 6, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.