IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

      Defendants.

---

**ORDER GRANTING JOINT MOTION TO ALLOW THE PLAINTIFF UP TO AND INCLUDING JUNE 24, 2011 TO FILE AN AMENDED COMPLAINT**

( Docket no. 24 )

---

THIS MATTER having come before the Court upon Motion hereby

ORDERS that the Motion is GRANTED. Plaintiff shall file an Amended Complaint

on or before June 24, 2011; Defendants shall answer or otherwise respond on or before

July 14, 2011; and

FURTHER ORDERS that the time for Plaintiff to respond to the pending Motions

to Dismiss shall be ~~suspended.~~ Discussed At The Rule 16 Scheduling

Conference set on June 8, 2011

DATED:  June 6, 2011

BY THE COURT

_MICHAEL J. WATANABE_
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO