# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 11-cv-00668-REB-MJW | FTR - Courtroom A-502 |
| **Date:** August 18, 2011 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Nancy J. Gegenheimer |
| Plaintiff(s), | |
| v. | |
| ST. ANSELM EXPLORATION CO., MICHAEL A. ZAKROFF, MARK S. PALMER, ANNA M.R. WELLS, and STEVEN S. ETKIND, | Thomas D. Birge David A. Zisser |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: TELEPHONIC STATUS CONFERENCE
**Court in Session:** 10:30 a.m.
Court calls case. Appearances of counsel.

It is noted defendants filed Motions to Dismiss [Docket No. 18 and 27]. Since the filing of these Motions to Dismiss, the Plaintiff has filed an Amended Complaint [Docket No. 36]. Thereafter, the defendants filed Motions to Dismiss the Amended Complaint [Docket Nos. 40 and 41]. First Amended Complaint [Docket No. 36, filed July 05, 2011] is the operative document.

Defendants make Oral Motions to Withdraw their initial Motions to Dismiss. With no objections from Plaintiff,

**It is ORDERED:**  Defendants' ORAL MOTIONS to Withdraw Initial Motions to Dismiss is **GRANTED**, therefore,
Defendant Steven S. Etkind's MOTION TO DISMISS THE COMPLAINT PURSUANT to F.R.C.P. [sic] 9(b) AND 12(b)(6) [Docket No. **18**, filed May 31, 2011] is **WITHDRAWN.**
Defendant St. Anselm's Motion to Dismiss Complaint [Docket No. **27**, filed June 06, 2011] is **WITHDRAWN.**

*11-cv-00668-REB-MJW*
*Telephonic Status Conference*
*Augsut 18, 2011*

It is noted Plaintiff has until August 31, 2011, within which to file a response to the motions to dismiss, pursuant to the Minute Order entered by Judge Blackburn [DN 45, 08-15-11].

The parties, jointly or separately, may request by motion that a settlement conference be set.

Hearing concluded.

**Court in recess:**     10:41 a.m.
Total In-Court Time 00:11

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.