IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND

        Defendants.

## AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER

The parties, United States Securities and Exchange Commission, St. Anselm Exploration Co., Michael A. Zakroff, Mark S. Palmer, Anna M.R. Wells, Steven S. Etkind and Third Party Witness David H. Trautenberg, by and through their respective counsel, hereby move this Court for entry of the attached Stipulated Confidentiality Agreement and Protective Order. In support of this motion, the parties state as follows:

    1.    The parties and Mr. Trautenberg have negotiated and agreed to a Stipulated Confidentiality Agreement and Protective Order, a copy of which is attached to this motion as Exhibit A.

2.      The Stipulated Confidentiality Agreement and Protective Order sets forth certain agreed procedures to preserve the confidentiality of Mr. Trautenberg's confidential information that may be the subject of discovery in this action.

3.      These protections will permit the parties to fully prepare their cases in this action without jeopardizing Mr. Trautenberg's rights of confidentiality. Accordingly, for good cause shown the parties respectfully request that this Stipulated Confidentiality Agreement and Protective Order be entered.

WHEREFORE, for the reasons above stated, the parties and Mr. Trautenberg respectfully request this Honorable Court enter the attached Stipulated Confidentiality Agreement and Protective Order.

Respectfully submitted this 7th day of March, 2012.

s/ Barbara T. Wells
Nancy J. Gegenheimer, Esq.
Barbara T. Wells, Esq.
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202
Telephone: 303-844-1118
E-Mail: gegenheimerN@sec.gov
E-Mail: wellsB@sec.gov
*Attorneys for the Plaintiff United States Securities and Exchange Commission*

s/ Thomas D. Birge
Thomas D. Birge, Esq.
Birge & Minckley, P.C.
9055 East Mineral Circle, Suite 110
Centennial, Colorado 80112
E-Mail: tbirge@birgeminckley.com

*Attorney for the Defendants Anna Wells, Mark Palmer, Michael Zakroff and St. Anselm Exploration Co.*

s/ Michelle Meyer
David A. Zisser, Esq.
Michelle Meyer, Esq.
Davis, Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Telephone: 303-892-9400
Direct Dial: 303-892-7256
Facsimile: 303-893-1379
E-Mail: david.zisser@dgslaw.com

*Attorneys for Defendant Steven Etkind*

s/ Scott A. Meyers
Scott A. Meyers, Esq.
Ulmer & Berne LLP
500 West Madison Street, Suite 3600
Chicago, Illinois 60661
Telephone:    312-658-6500
Direct Dial:    312-658-6516
Facsimile:    312-658-6517
E-Mail: smeyers@ulmer.com

*Attorney for David H. Trautenberg*

CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of March, 2012, I electronically filed the foregoing Agreed Motion for Entry of a Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                                        s/ Scott A. Meyers_____
                                        Scott A. Meyers, Esq.
                                        Ulmer & Berne LLP
                                        500 West Madison Street, Suite 3600
                                        Chicago, Illinois 60661
                                        Telephone:    312-658-6500
                                        Direct Dial:    312-658-6516
                                        Facsimile:    312-658-6517
                                        E-Mail: smeyers@ulmer.com

                                        *Attorney for David H. Trautenberg*

                                                  s/ Nicole A. La Due
                                             _____