IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Agreed Motion for Entry of a Protective Order (docket no. 57) is GRANTED finding good cause shown.  The written Stipulated Confidentiality Agreement and Protective Order (docket no. 57-1) is APPROVED and made an Order of Court.

Date:  March 12, 2012