IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the ***Stipulated Motion for an Order Granting Defendants St. Anselm Exploration Co., Zakroff, Palmer and Wells 19 Days After the April 1, 2012 Close of Discovery to Produce Certain Materials to the SEC***, DN 67, filed with the Court on March 29, 2012, is GRANTED  up to and including April 20, 2012 as set forth in the motion.

Date: March 30, 2012