# Exhibit 1



# Patten, MacPhee & Associates, Inc.

Denver Financial Center, Tower I
1775 Sherman Street, Suite 2900
Denver, Colorado 80203

www.pattenmacphee.com
303-296-2900
Fax 303-296-4475

**Leslie A. Patten**
*President*
January 17, 2012

**Gary M. Schwartz**
*Executive Vice President*

Nancy J. Gegenheimer, Esq.
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202

In re:  UNITED STATES SECURITIES AND EXCHANGE COMMISSION v. ST. ANSELM EXPLORATION CO., MICHAEL A. ZAKROFF, MARK S. PALMER, ANNA M.R. WELLS, and STEVEN S. ETKIND, Case No. 11-cv-00668-REB-MJW

Dear Ms. Gegenheimer:

Pursuant to your request, we are submitting this report in connection with the above-referenced matter.

## NATURE OF ENGAGEMENT

This engagement has been conducted in accordance with the Statement on Standards for Consulting Services, as promulgated by the American Institute of Certified Public Accountants and, as such, constitutes a transactional service. Accordingly, this engagement does not constitute any type of attestation service including, but not limited to, an audit, review or the application of agreed-upon procedures, nor does it constitute a compilation. In addition, this engagement is based on our oral understanding of the nature, scope and limitations of services to be provided.

## QUALIFICATIONS AND COMPENSATION

Attached hereto at Exhibit A is the current *curriculum vitae* for the undersigned which sets forth employment history, education, and publications, as well as all trial and deposition testimony given in the last four years. We are being compensated for this engagement at our standard hourly rates which currently range from $45 to $300. Ms. Cook's hourly rate is $250. As of the date of this report, we have submitted 4 invoices in this matter for a total of $13,798.65.

## FACTS OR DATA CONSIDERED

A list of the facts or data considered in the preparation of this report is presented at Exhibit B attached hereto.

Nancy J. Gegenheimer, Esq.
January 17, 2012
Page 2

## BACKGROUND

St. Anselm Exploration Company ("St. Anselm") is a Colorado corporation owned by Michael Zakroff ("Zakroff"), Anna Wells ("Wells") and Mark Palmer ("Palmer"), among others. According to the SEC's complaint, prior to 2007, St. Anselm focused on oil and gas well exploration, development and sale. In general, St. Anselm operated through subsidiaries and its ownership of other partnerships, including St. Anselm KXP Exploration, LLC ("KXP") and St. Anselm CKU Exploration, LLC ("CKU").

It is our understanding that around 2007, the principals of St. Anselm decided to alter its main business, and to move company operations into the exploration and development of geothermal energy. To this end, it operated through Terra Caliente, LLC ("Terra Caliente") and two of Terra Caliente's related entities, Standard Steam and Trust, LLC ("SST") and Agua Caliente, LLC ("Agua Caliente").

In order to finance its operations, for a number of years St. Anselm had sold promissory notes to private investors, a practice that continued at least through the third quarter of 2010, the latest date for which we have records. Between January 1, 2007 and September 30, 2010, St. Anselm received approximately $49 million in cash proceeds from promissory notes. We understand that nearly all of the promissory notes had maturities of 90 days, one year or three years, and the interest rates ranged from 18 to 36 percent per year. The notes were personally guaranteed by Wells and Palmer; otherwise, the notes were unsecured.

## APPROACH

We examined the records available to determine the sources and uses of funds in St. Anselm's bank account ending 2986 (the "Bank Account"), and whether later investor funds were used to pay earlier investors. At your request, we also analyzed whether note proceeds were used to fund distributions to Wells and Palmer. Our analysis is found below.

## ANALYSIS

To complete our analysis, we first analyzed all deposits and withdrawals from the bank account to determine, with the information available, the source of deposits and the purpose of withdrawals. To do this, we analyzed the bank statements and the Company's general ledger. Some transactions' source and/or purpose could not be determined from this information, and is shown in the schedules as "Other/Unknown".

The sources of funds into the Bank Account are shown on Schedule 1 for the time period from January 1, 2007 through September 30, 2010, the latest date for which general ledgers were available. As shown on this schedule, over $55.2 million of the $86.6 million in cash receipts during this period, 63.8%, came from promissory notes, and nearly $23.8 million, or 27.4%, came from the sales of assets and working ownership interests. Another $4.6 million was deposited into St. Anselm from the partnerships owned by it, including St. Anselm CKU, St. Anselm KXP, Standard Steam, Terra Caliente and Agua Caliente. The remaining 3.5% of deposits came from sales of oil and gas, miscellaneous loans, reimbursements, and other miscellaneous sources.

*Patten, MacPhee & Associates, Inc.*

The uses of funds disbursed from the Bank Account are shown on Schedule 2 for the same time period. As shown on this schedule, over $40.0 million of the $86.8 million in cash disbursements, 46.1%, went to pay principal and interest on the promissory notes. Another $16.1 million, 18.5%, was distributed to Wells and Palmer (net of deposits from them). Another $16.0 million, 18.4% of the disbursements, were payments to the partnerships owned by it listed above. The remaining 16.9% includes payments for operating expenses, including payroll, and distribution to other partners and affiliates of St. Anselm, including Steve Etkind, G. Phillip Matthews, Larry Unruh and Hat Creek.

The bank account held $213,039.02 on January 1, 2007, according to the bank statements. On September 30, 2010, the balance was $24,449.56. We were able to account for all deposits and withdrawals on these two schedules.

Schedule 3 is an analysis of how the sources of funds were used, by source, broken down by year. In this analysis, we have analyzed how the sources of cash shown on Schedule 1 were used to pay the disbursements shown on Schedule 2.

In completing our analysis, we have made the conservative assumption that all monies received from the issuance of promissory notes were first used to pay all disbursements except those related to the promissory notes. Thus we assumed that the promissory note proceeds were first used to pay things like payroll and other operating expenses, were disbursed to the partnerships owned by St. Anselm, and/or were used to pay distributions to the partners and other affiliated parties. We also assumed that payments on the promissory notes were paid first from all sources of funds *except* the proceeds of promissory notes issued. However, in three of the four years under analysis, the proceeds from promissory notes were the only source of funds available to pay the remaining interest and principal on promissory notes.

Overall, during the four years under analysis, it is our opinion that at least approximately $11.2 million in promissory note proceeds were used to make interest and principal payments on the promissory notes.

Further, as shown on Schedule 3, over $13.3 million of the promissory note proceeds were used to make distributions to Wells and Palmer.

Finally, as shown on Schedule 3, St. Anselm's total revenues from oil and gas sales totaled only approximately $689,000 during the four years of our analysis. The proceeds from sales of assets and ownership interests totaled approximately $23.8 million, for a total of about $24.5 million. As the debt service for this same period totaled over $40 million, it is clear that revenues from oil and gas alone were insufficient to service the debt, and even selling off assets and ownership interests did not cover the debt service.

**CONCLUSION**

Based on the foregoing, it is our opinion with a reasonable degree of professional certainty that $11.2 million or more of proceeds from the issuance of promissory notes were used to

*Patten, MacPhee & Associates, Inc.*

Nancy J. Gegenheimer, Esq.
January 17, 2012
Page 4

make interest and principal payments to holders of promissory notes during the period from January 1, 2007 through September 30, 2010.

It is our further opinion that about $13.3 million of the $16.1 million paid to Wells and Palmer came from proceeds from the issuance of promissory notes during the period from January 1, 2007 through September 30, 2010.

Finally, it is our further opinion that revenues from operations and from the sale of assets and ownership interests were insufficient to satisfy debt service during the period from January 1, 2007 through September 30, 2010.

**LIMITING CONDITIONS**

This report is preliminary and the conclusion herein is based on information provided to date. Accordingly, we reserve the right to modify the analysis and conclusion contained herein if we undertake further analysis of the information provided or if we are provided additional information.

Further, we understand that discovery in this case is ongoing, and we expect additional documents will be provided by Defendants. When we receive those documents, we anticipate that it may be necessary to modify this analysis at that time.

Very truly yours,

Kristina A. Cook
Financial/Forensic Consultant

KAC:wit
Attachments

*Patten, MacPhee & Associates, Inc.*

# KRISTINA A. COOK, CPA/CFF, CFE

Employment History

<u>Patten, MacPhee & Associates, Inc.</u>
Denver, Colorado

    4/11 to Present   -   Associate at consulting firm specializing in corporate financial planning and litigation support.

<u>Harper Lutz Zuber Hofer & Associates, LLC</u>
Denver, Colorado

    5/05 to 2/11   -   Director of Fraud Services at consulting firm specializing in litigation support and forensic accounting.

<u>Potts And Company, P.C.</u>
Littleton, Colorado

    2/04 to 4/05   -   Accountant at accounting firm offering audit and tax services.

<u>University Of Colorado</u>
Boulder, Colorado

    5/03 to 2/04   -   Accountant III, Office of the University Controller
    5/02 to 7/03   -   Accountant II, Office of the Vice President for Academic Affairs and Research

<u>BKD, LLP</u>
(formerly Baird, Kurtz & Dobson, LLP)
Denver, Colorado

    1/99 to 5/02   -   Senior Tax Accountant at regional accounting firm offering full range of accounting, tax and consulting services.

<u>Gerber Distributing Company</u>
Englewood, Colorado

    3/96 to 12/98   -   Accountant

<u>Junior Achievement, Inc.</u>
Colorado Springs, Colorado

    8/95 to 3/96   -   Development Assistant

<u>City of Saint Mary's</u>
Saint Mary's, Alaska

    2/94 to 6/95   -   City Clerk/Treasurer

### Educational Background

B.S., Accounting, 1998 (*summa cum laude*), Regis University, Denver, Colorado.

CPA, State of Colorado, 2000.  Member of both the AICPA and the Colorado Society of CPAs.

Certified Fraud Examiner, 2006, member of the Association of Certified Fraud Examiners and the Colorado Chapter of Certified Fraud Examiners.

Certified in Financial Forensics (CFF), 2008.

### Published Article

"A Day in the Life of Janice Edwards, Forensic Accountant", *New Accountant Magazine,* 2011 High School Edition.  Co-authored with Mark W. Lehman, CPA, CFE, Associate Professor Emeritus of Accountancy, Adkerson School of Accountancy, Mississippi State University.

Litigation Support Supplement

## Expert Witness Testimony

### Criminal Prosecution

| | | |
|---|---|---|
| January, 2012 | - | People of the State of Colorado v. Phillip Trujillo, Case No. 10-CR-749, District Court, Larimer County, Colorado, re: fraud investigation. |

### Business Litigation

| | | |
|---|---|---|
| August, 2011 | - | Rosemary Driscoll v. Eric A.M. Dennis, et al., Case No. 07-CV-00608-RPM-MJW, United States District Court for the District of Colorado, re: forensic accounting. |
| May, 2010 | - | Steve Blacker, d/b/a Dustbusters v. The Finishing Touch Janitorial Service, Inc., Case No. 09-CV-70, District Court, Boulder County, Colorado, re: damages. |
| April, 2009 | - | Luebke, et al. v. Modesitt, et al., Case No. 2008-CV-4712, District Court, Jefferson County, Colorado, re: fraud investigation. |
| April, 2009 | - | Gateway USA, Inc. v. William Eirish, Sr., et al., Case No. 07-CV-3200, District Court, City and County of Denver, Colorado, re: fraud investigation. |

### Marital Litigation

| | | |
|---|---|---|
| May, 2007 | - | In re: Marriage of Keller, Case No. 05-DR-314, District Court, Douglas County, Colorado, re: structure of pension plans. |

## Expert Witness Depositions

| | | |
|---|---|---|
| November, 2011 | - | Julia Copeland Cooper v. NCS Pearson, Inc., Case No. 1:10-cv-02840-PAB-CBS in the United States District Court for the District of Colorado, re: damages. |
| January, 2011 | - | In re: Bowen Wellington Banbury, Case No. 09-31477ABC, US Bankruptcy Court for the District of Colorado, re: analysis of financial aspects of Chapter 11 Plan. |
| August, 2007 | - | International Beauty Products v. Beveridge and Lakhani, Case No. BC352097, Superior Court, County of Los Angeles, California, re: fraud investigation. |

Kristina A. Cook
Litigation Support Supplement
Page 4

Expert Reports/Consultation

| | | |
|---|---|---|
| December, 2012 | - | <u>John Mark Disorbio v. Julia Copeland Cooper</u>, Case No. 2011CV1523 in the Jefferson County District Court, Jefferson County, Colorado, re: forensic accounting. |
| November, 2011 | - | <u>In re: Estate of Allan R. Pepper, Deceased</u>, Case Number 07PR1116, and <u>Interests of Brian A. Pepper, Ward/Protected Person</u>, Case Number 08PR417 in the Probate Court, City and County of Denver, Colorado, re: misappropriation. |
| November, 2011 | - | <u>Tristant Partners, LLP v. Alpine Bank, et al.</u>, Case No. 09CV169 in the San Miguel County District Court, Telluride, Colorado, re: damages. |
| November, 2011 | - | <u>Arrabelle at Vail Square Residential Condominium Association, Inc., Plaintiff, v. Arrabelle at Vail Square, LLC and Vail Resorts Development Company, Defendants</u>, Case No. 09CV320 in the Eagle County District Court, Eagle, Colorado, re: damages. |
| August, 2011 | - | <u>Edra D. Blixseth, Debtor; Richard J. Samson, as Trustee for the Chapter 7 Estate of Edra D. Blixseth v. Western Capital Partners LLC</u>, Case No. 09-60452, Adversary Number 10-00094 in the United States Bankruptcy Court for the District of Montana, re: bankruptcy. |
| July, 2011 | - | <u>People of the State of Colorado v. Richard Dale Mott</u>, Case No. 10CR1209 in the Boulder County District Court, Boulder, Colorado, re: allegations of fraud. |
| May, 2011 | - | <u>Gianzero, et al. v. Wal-Mart Stores, Inc. et al.</u>, Case No. 09-cv-00656-REB in the United States District Court for the District of Colorado, re: damages. |
| May, 2011 | - | <u>People of the State of Colorado v. Jennifer Geisick</u>, Case No. 10CR456, in the District Court for Weld County, Colorado, re: allegations of theft. |

1/12/12

**EXHIBIT B**

### FACTS OR DATA CONSIDERED

1. Amended Complaint
2. St. Anselm General Ledgers, 2006 – 9/2010
3. St. Anselm Trial Balances, 2006 – 9/2010
4. St. Anselm Bank Statements, Accounts Ending 2986, 1586
5. St. Anselm Tax Returns, 2006 – 2008
6. SEC Exhibits A & B
7. SEC Analysis of Loan Proceeds, Annual Detail/Summaries, Etkind Investments, Lender Principal Payment Schedule, Subsidiaries' Income & Loss Calculations
8. Investor Documents
    a. Melvyn & Christy Baron
    b. Morteza Jafari
    c. Sarah Blackwood
    d. Susan & Melvin Machac
9. St. Anselm Investor File Production, Bates 000001 – 005332
10. St. Anselm Investor File Production, Bates 005642 – 007481
11. St. Anselm Investor File Production, Bates 007483 – 009051
12. St. Anselm Investor File Production, Bates 026551 – 029524
13. St. Anselm Investor File Production, Bates 031350 – 033088
14. St. Anselm Investor File Production, Bates 034528 – 042324
15. Bank Statements, Bates SEC-DORA030030 – 042065
16. Payroll Records, Steve Etkind – 1/2/06 – 4/30/2010
17. Promissory Note Spreadsheet
18. Agua Caliente Statements, Bank Deposits, Checks
19. Terra Caliente Statements, Bank Deposits, Checks, Tax Returns
20. St. Anselm CKU Trial Balances, General Ledgers, Tax Returns, Bank Documents
21. St. Anselm KXP Trial Balances, General Ledgers, Tax Returns, Bank Documents
22. Standard Steam Bank Documents

SEC v. St. Anselm Exploration Co., et al.
*St. Anselm Bank Account Ending 2986*
Sources of Funds

Schedule 1

| | 2007 | 2008 | 2009 | 9/2010 | Total | |
|---|---|---|---|---|---|---|
| Promissory Notes | $ 14,206,743.47 | $ 16,403,306.63 | $ 15,471,028.71 | $ 9,141,834.93 | $ 55,222,913.74 | 63.8% |
| Sale of Assets/Ownership Interest | 2,066,719.86 | 11,100,000.00 | 8,350,000.00 | 2,236,569.74 | 23,753,289.60 | 27.4% |
| Partnerships | 729,339.08 | 910,245.00 | 1,663,080.43 | 1,299,565.78 | 4,602,230.29 | 5.3% |
| Oil & Gas Revenues | 102,466.27 | 166,723.14 | 106,772.22 | 313,181.41 | 689,143.04 | 0.8% |
| Misc Loan | 141,594.18 | 280,000.00 | 100,000.00 | - | 521,594.18 | 0.6% |
| Net Sweep[1] | - | - | 596,049.78 | 27.91 | 596,077.69 | 0.7% |
| Reimbursement | 32,739.37 | - | - | - | 32,739.37 | 0.0% |
| Misc Investor Transactions | - | 5,277.78 | 24,596.22 | - | 29,874.00 | 0.0% |
| Net Deposits from Other Partners/Affiliates[2] | - | - | 396,435.94 | - | 396,435.94 | 0.5% |
| Other/Unknown[3] | 294,436.57 | 130,933.15 | 22,506.21 | 284,638.54 | 732,514.47 | 0.8% |
| | $ 17,574,038.80 | $ 28,996,485.70 | $ 26,730,469.51 | $ 13,275,818.31 | $ 86,576,812.32 | |

[1] Net incoming Euro sweeps over outgoing Euro sweeps.
[2] Including Etkind, Matthews, Unruh and Hat Creek.
[3] Calculated.

This schedule is for your use solely in connection with the above-referenced matter, and may not be used for any other purpose.

Patten, MacPhee & Associates, Inc.

SEC v. St. Anselm Exploration Co., et al.
*St. Anselm Bank Account Ending 2986*
**Uses of Funds**

Schedule 2

| | 2007 | 2008 | 2009 | 2010 | Total | |
|---|---|---|---|---|---|---|
| Promissory Notes[1] | 5,441,055.55 | 9,880,179.38 | 15,335,887.53 | 9,351,141.40 | 40,008,263.86 | 46.1% |
| Net Distributions to Wells/Palmer | 4,396,971.27 | 8,844,124.85 | 1,792,018.68 | 1,045,064.37 | 16,078,179.17 | 18.5% |
| Partnerships | 3,580,000.00 | 4,413,000.00 | 7,721,157.50 | 259,147.50 | 15,973,305.00 | 18.4% |
| Net Distributions to Other Partners/Affiliates[2] | 164,608.22 | 3,392,952.19 | - | 78,273.34 | 3,635,833.75 | 4.2% |
| Net Transfers to Payroll Account | 776,100.00 | 1,066,500.00 | 652,800.00 | 137,000.00 | 2,632,400.00 | 3.0% |
| Net Sweep[3] | 171,734.26 | 300,358.63 | - | - | 472,092.89 | 0.5% |
| Other (Including operating expenses)[4] | 3,147,647.18 | 1,141,655.75 | 1,216,506.61 | 2,459,517.57 | 7,965,327.11 | 9.2% |
| | 17,678,116.48 | 29,038,770.80 | 26,718,370.32 | 13,330,144.18 | 86,765,401.78 | |

[1] Calculated based on analysis of General Ledger accounts as well as analysis of deposits to Bank Account ending 2986.

[2] Including Etkind, Matthews, Unruh and Hat Creek.

[3] Net outgoing Euro sweeps over incoming Euro sweeps.

[4] Calculated.

This schedule is for your use solely in connection with the above-referenced matter, and may not be used for any other purpose.

Patten, MacPhee & Associates, Inc.

SEC v. St. Anselm Exploration Co., et al.
*St. Anselm Bank Account Ending 2986*
**Analysis of Sources and Uses of Funds**

Schedule 3

*Sources of Funds Used to Pay Money Out (Sources):*

| | Promissory Notes | Sale of Assets/ Ownership Interest | Partnerships | Oil & Gas Revenues | Misc Loan | Net Sweep | Reimbursement | Misc Investor Transactions | Net Deposits from Other Partners/ Affiliates | Other/Unknown | Total Money Received (Sources): | Total Money Paid Out (Uses): | Excess Deposited In/(Difference Paid From) Cash on Hand |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2007** | | | | | | | | | | | | | |
| *Money Paid Out (Uses):* | | | | | | | | | | | | | |
| Other (Including operating expenses) | $ 3,147,647.18 | | | | | | | | | | $ 3,147,647.18 | $ (3,147,647.18) | |
| Net Sweep | 171,734.26 | | | | | | | | | | 171,734.26 | (171,734.26) | |
| Net Transfers to Payroll Account | 776,100.00 | | | | | | | | | | 776,100.00 | (776,100.00) | |
| Net Distributions to Other Partners/Affiliates | 164,608.22 | | | | | | | | | | 164,608.22 | (164,608.22) | |
| Partnerships | 3,580,000.00 | | | | | | | | | | 3,580,000.00 | (3,580,000.00) | |
| Net Distributions to Wells/Palmer | 4,396,971.27 | | | | | | | | | | 4,396,971.27 | (4,396,971.27) | |
| Promissory Notes | 1,969,682.54 | 2,066,719.86 | 729,339.08 | 102,466.27 | 141,594.18 | | | 32,739.37 | | 294,436.57 | 5,336,977.87 | (5,441,055.55) | |
| Total | $ 14,206,743.47 $ | 2,066,719.86 $ | 729,339.08 $ | 102,466.27 $ | 141,594.18 $ | - | $ | 32,739.37 $ | - $ | - $ 294,436.57 | $ 17,574,038.80 | $ (17,678,116.48) | $ (104,077.68) |
| **2008** | | | | | | | | | | | | | |
| *Money Paid Out (Uses):* | | | | | | | | | | | | | |
| Other (Including operating expenses) | $ 1,141,655.75 | | | | | | | | | | $ 1,141,655.75 | $ (1,141,655.75) | |
| Net Sweep | 300,358.63 | | | | | | | | | | 300,358.63 | (300,358.63) | |
| Net Transfers to Payroll Account | 1,066,500.00 | | | | | | | | | | 1,066,500.00 | (1,066,500.00) | |
| Net Distributions to Other Partners/Affiliates | 3,392,952.19 | | | | | | | | | | 3,392,952.19 | (3,392,952.19) | |
| Partnerships | 4,413,000.00 | | | | | | | | | | 4,413,000.00 | (4,413,000.00) | |
| Net Distributions to Wells/Palmer | 6,088,840.06 | 2,755,284.79 | | | | | | | | | 8,844,124.85 | (8,844,124.85) | |
| Promissory Notes | - | 8,344,715.21 | 910,245.00 | 166,723.14 | 280,000.00 | | | 5,277.78 | | 130,933.15 | 9,837,894.28 | (9,880,179.38) | |
| Total | $ 16,403,306.63 $ | 11,100,000.00 $ | 910,245.00 $ | 166,723.14 $ | 280,000.00 $ | - | $ - | $ 5,277.78 $ | - $ | 130,933.15 | $ 28,996,485.70 | $ (29,038,770.80) | $ (42,285.10) |
| **2009** | | | | | | | | | | | | | |
| *Money Paid Out (Uses):* | | | | | | | | | | | | | |
| Other (Including operating expenses) | $ 1,216,506.61 | | | | | | | | | | $ 1,216,506.61 | $ (1,216,506.61) | |
| Net Sweep | - | | | | | | | | | | - | - | |
| Net Transfers to Payroll Account | 652,800.00 | | | | | | | | | | 652,800.00 | (652,800.00) | |
| Net Distributions to Other Partners/Affiliates | - | | | | | | | | | | - | - | |
| Partnerships | 7,721,157.50 | | | | | | | | | | 7,721,157.50 | (7,721,157.50) | |
| Net Distributions to Wells/Palmer | 1,792,018.68 | | | | | | | | | | 1,792,018.68 | (1,792,018.68) | |
| Promissory Notes | 4,088,545.92 | 8,350,000.00 | 1,663,080.43 | 106,772.22 | 100,000.00 | 596,049.78 | | 24,596.22 | 396,435.94 | 10,407.02 | 15,335,887.53 | (15,335,887.53) | |
| Excess Received over Money Paid Out | - | - | - | - | - | - | | - | - | 12,099.19 | 12,099.19 | - | |
| Total | $ 15,471,028.71 $ | 8,350,000.00 $ | 1,663,080.43 $ | 106,772.22 $ | 100,000.00 $ | 596,049.78 $ | - | $ 24,596.22 $ | 396,435.94 $ | 22,506.21 | $ 26,730,469.51 | $ (26,718,370.32) | $ 12,099.19 |
| **2010** | | | | | | | | | | | | | |
| *Money Paid Out (Uses):* | | | | | | | | | | | | | |
| Other (Including operating expenses) | $ 2,459,517.57 | | | | | | | | | | $ 2,459,517.57 | $ (2,459,517.57) | |
| Net Sweep | - | | | | | | | | | | - | - | |
| Net Transfers to Payroll Account | 137,000.00 | | | | | | | | | | 137,000.00 | (137,000.00) | |
| Net Distributions to Other Partners/Affiliates | 78,273.34 | | | | | | | | | | 78,273.34 | (78,273.34) | |
| Partnerships | 259,147.50 | | | | | | | | | | 259,147.50 | (259,147.50) | |
| Net Distributions to Wells/Palmer | 1,045,064.37 | | | | | | | | | | 1,045,064.37 | (1,045,064.37) | |
| Promissory Notes | 5,162,832.15 | 2,236,569.74 | 1,299,565.78 | 313,181.41 | - | 27.91 | | | | 284,638.54 | 9,296,815.53 | (9,351,141.40) | |
| Total | $ 9,141,834.93 $ | 2,236,569.74 $ | 1,299,565.78 $ | 313,181.41 $ | - | $ 27.91 $ | - | $ - $ | - $ | 284,638.54 | $ 13,275,818.31 | $ (13,330,144.18) | $ (54,325.87) |

This schedule is for your use solely in connection with the above-referenced matter, and may not be used for any other purpose.

Patten, MacPhee & Associates, Inc.

SEC v. St. Anselm Exploration Co., et al.
*St. Anselm Bank Account Ending 2986*
**Analysis of Sources and Uses of Funds**

Schedule 3

*Sources of Funds Used to Pay Money Out (Sources):*

| | Promissory Notes | Sale of Assets/ Ownership Interest | Partnerships | Oil & Gas Revenues | Misc Loan | Net Sweep | Reimbursement | Misc Investor Transactions | Net Deposits from Other Partners/ Affiliates | Other/Unknown | Total Money Received (Sources): | Total Money Paid Out (Uses): | Excess Deposited In/(Difference Paid From) Cash on Hand |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | | | | | | | | | |
| *Money Paid Out (Uses):* | | | | | | | | | | | | | |
| Other (Including operating expenses) | $ 7,965,327.11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,965,327.11 | $ (7,965,327.11) | |
| Net Sweep | 472,092.89 | - | - | - | - | - | - | - | - | - | 472,092.89 | (472,092.89) | |
| Net Transfers to Payroll Account | 2,632,400.00 | - | - | - | - | - | - | - | - | - | 2,632,400.00 | (2,632,400.00) | |
| Net Distributions to Other Partners/Affiliates | 3,635,833.75 | - | - | - | - | - | - | - | - | - | 3,635,833.75 | (3,635,833.75) | |
| Partnerships | 15,973,305.00 | - | - | - | - | - | - | - | - | - | 15,973,305.00 | (15,973,305.00) | |
| Net Distributions to Wells/Palmer | 13,322,894.38 | 2,755,284.79 | - | - | - | - | - | - | - | - | 16,078,179.17 | (16,078,179.17) | |
| Promissory Notes | 11,221,060.61 | 20,998,004.81 | 4,602,230.29 | 689,143.04 | 521,594.18 | 596,077.69 | 32,739.37 | 29,874.00 | 396,435.94 | 720,415.28 | 39,807,575.21 | (40,008,263.86) | |
| Excess Received over Money Paid Out | - | - | - | - | - | - | - | - | - | 12,099.19 | 12,099.19 | - | |
| Total | $ 55,222,913.74 | $ 23,753,289.60 | $ 4,602,230.29 | $ 689,143.04 | $ 521,594.18 | $ 596,077.69 | $ 32,739.37 | $ 29,874.00 | $ 396,435.94 | $ 732,514.47 | $ 86,576,812.32 | $ (86,765,401.78) | $ (188,589.46) |

This schedule is for your use solely in connection with the above-referenced matter, and may not be used for any other purpose.

Patten, MacPhee & Associates, Inc.