# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.:**  11-cv-00668-REB-MJW | FTR - Courtroom A-502 |
| **Date:** April 12, 2012 | Courtroom Deputy, Monique Wiles |

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | Nancy J. Gegenheimer |
| Plaintiff(s), | |
| v. | |
| ST. ANSELM EXPLORATION CO. | Thomas D. Birge |
| MICHAEL A. ZAKROFF | Thomas D. Birge |
| MARK S. PALMER | Thomas D. Birge |
| ANNA M.R. WELLS | Thomas D. Birge |
| STEVEN S. ETKIND | Michelle M. Meyer |
| | David A. Zisser |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in Session: 3:00 p.m.**
Court calls case.  Appearances of counsel by telephone.

This matter is before the Court regarding **Plaintiff's Motion to Compel Discovery and for Appropriate Sanctions Against Defendants St. Anselm Exploration Co., Michael A. Zakroff, Mark S. Palmer, and Anna M.R. Wells [Doc. No. 59, filed 3/11/2012].**

Counsel provide argument regarding the matter before the Court today.

Court's Findings.

**It is ORDERED:**     Plaintiff's Motion to Compel Discovery and for Appropriate Sanctions Against Defendants St. Anselm Exploration Co., Michael A. Zakroff, Mark S. Palmer, and Anna M.R. Wells **[Doc. No. 59, filed 3/11/2012]** is **GRANTED.**

Parties shall forthwith meet and confer with respect to reasonable attorney's fees and costs for Plaintiff having to file the subject motion [Doc. No. 59].   If the parties come to an agreement, they are to file a

>Stipulated Motion as to the amount of attorney's fees and costs **on or before April 26, 2012.**  If the parties are unable to reach an agreement as to a reasonable amount of attorney's fees and costs, then Plaintiff shall file an itemized affidavit by **April 26, 2012,** of its attorney's fees and costs.    The St. Anselm Defendants shall file their Response to Plaintiff's itemized affidavit for attorney's fees and costs **on or before May 14, 2012.**  The Plaintiff's Reply shall be filed **on or before May 25, 2012.**

HEARING CONCLUDED.

**Court in recess: 3:18 p.m.**
Total In-court time: 18 minutes
To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free    1-800-962-3345.