IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

     Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

     Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS FEES**
( Docket No. 85 )

---

  THIS MATTER having come before the Court on a Stipulated Motion of Plaintiff United States Securities and Exchange Commission ("SEC") and defendants St. Anselm Exploration Co., Michael A. Zakroff, Mark S. Palmer and Anna M.R. Wells ("Defendants") , and the Court having reviewed the Stipulation and for good cause appearing;

  IT IS HEREBY ORDERED:

  Defendants shall pay the SEC $2,000 for failure to respond to discovery, as Ordered by the Court on April 12, 2012, by May 31, 2012.

  Dated this 7TH day of May 2012.

                /s/ Michael J. Watanabe
                MICHAEL J. WATANABE
                U.S. MAGISTRATE JUDGE
                DISTRICT OF COLORADO