**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

    Defendants.

## MINUTE ORDER[1]

    The following motions are before the court for consideration: (1) the **Stipulated Motion For an Order Moving The Trial Preparation Conference From June 29, 2012 at 4:00 To June 22, 2012 at 4:00 or Any Other Day The Week of June 18, 2012** [#63][2] filed March 23, 2012; and (2) the **Joint Motion To Correct Trial Preparation Conference Order [Docket #30] To Provide a Trial To The Court and To Strike All References To a Trial By Jury** [#91] filed May 15, 2012.  After reviewing the motions and the file, the court has concluded that the motions should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion For an Order Moving The Trial Preparation Conference From June 29, 2012 at 4:00 To June 22, 2012 at 4:00 or Any Other Day The Week of June 18, 2012** [#63] filed March 23, 2012, is **GRANTED**;

    2.  That the Trial Preparation Conference set for June 29, 2012, at 4:00 p.m., is **VACATED** and is **RESET** to **June 22, 2012**, at 4:00 p.m.;

    3.  That the **Joint Motion To Correct Trial Preparation Conference Order**

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**[Docket #30] To Provide a Trial To The Court and To Strike All References To a Trial By Jury** [#91] filed May 15, 2012, is **GRANTED**;

      4.  That this matter is set for a trial to court on **July 23, 2012**, commencing at 9:00 a.m.;

      5.  That all references to a trial by jury in the **Trial Preparation Conference Order** [#30] are **STRICKEN**; and

      6.  The court's **Trial Preparation Conference Order** [#30] entered June 8, 2011, is amended accordingly to the limited extent necessary to facilitate and implement this order.

      Dated:  May 15, 2012