**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   11-cv-00668-REB-MJW        FTR - Courtroom A-502

**Date:**   May 21, 2012                             Courtroom Deputy, Ellen E. Miller

   *Parties*                                                    *Counsel*

UNITED STATES SECURITIES AND EXCHANGE        Barbara T. Wells
COMMISSION,

   Plaintiff(s),

v.

ST. ANSELM EXPLORATION CO.,                  Thomas D. Birge
MICHAEL A. ZAKROFF,                          Michelle M. Meyer
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

   Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   **TELEPHONIC   MOTION   HEARING**
**Court in Session:**   8:40 a.m.
Court calls case.  Appearances of counsel.  Also on the conference call for Plaintiff is Dugan Bliss.
The Court raises Plaintiff's Second Motion to Compel Against St. Anselm Exploration Co. [Docket No. 93] for argument.

Argument by Barbara Wells on behalf of Plaintiff.
Response by Thomas Birge on behalf of his client defendant.

**It is ORDERED:**   Plaintiff's SECOND MOTION TO COMPEL AGAINST ST. ANSELM
                    EXPLORATION CO. [Docket No. **93**, filed May 15, 2012] is **GRANTED** for
                    reasons as set forth on the record.   No sanctions are entered at this time.
Parties shall meet and confer regarding the defendant's interrogatory response submitted last week.  Defendant St. Anselm Exploration Co. shall provide supplements to its response to Plaintiff's interrogatory number three **on or before MAY 23, 2012.**

Hearing concluded.   **Court in recess:**   8:56 a.m.   Total In-Court Time 00:16

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.