**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on **Plaintiff's Motion For Leave To Bring Equipment Into The Courthouse** [#110] filed July 6, 2012.  The motion is **DENIED** as unnecessary.  *See* D.C.COLO.LCivR 83.1.  The court notes that there is no REB Civ. Practice Standard III.H.2.

    Dated:  July 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.