IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

    Defendants.

---

**STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION
OF TRIAL EXHIBITS, TRANSCRIPTS, AND PAPERS**

---

    Following the completion of trial, the parties stipulate:

    1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

    2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

    DATED at Denver, Colorado, this 2nd day of August, 2012.

_____  
Attorney for the Plaintiff

_____  
Attorney for Defendants St Anselm Exploration, Zakroff, Palmer, and Wells

_____  
Attorney for Defendant Etkind

    IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

BY THE COURT:

_____  
Robert E. Blackburn
United States District Judge

*rev. 3/2/09*