**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on the **Unopposed Motion of St. Anselm Defendants For Extension of Time For All Defendants To File Rule 52(c) Motion** [#136] filed August 14, 2012. The motion is **GRANTED**. The St. Anselm defendants shall have up to and including **August 17, 2012**, in which to file motions pursuant to FED. R. CIV. P. 52(c).

    Dated: August 14, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.