IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A. Pursuant to the **Order Concerning Defendants' Motions To Dismiss** [#66] entered by Judge Robert E. Blackburn on March 28, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That **Defendant Steven S. Etkind's Motion To Dismiss the First Amended Complaint Pursuant To F.R.C.P. 9(b) and 12(b)(6)** [#41] filed July 29, 2011, is **GRANTED** as to that portion of the claim under § 10(b), *see* 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, *see* 17 C.F.R. § 240.10b, part of the second claim for relief, is based on alleged misrepresentations by Steven Etkind made in December, 2008; and

2. That otherwise, **Defendant Steven S. Etkind's Motion To Dismiss the First**

**Amended Complaint Pursuant To F.R.C.P. 9(b) and 12(b)(6)** [#41] filed July 29, 2011, is **DENIED**.

B. Pursuant to the **Memorandum Opinion and Order** [#151] entered by Judge Robert E. Blackburn on March 29, 2013, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That **Defendants' Motion for Judgment Pursuant to F.R.C.P.** 52(c) [#141], filed August 17, 2012, is **GRANTED**;

2. That **JUDGMENT WITH PREJUDICE IS ENTERED** on behalf of defendants, St. Anselm Exploration Co.; Michael A. Zakroff; Mark S. Palmer; Anna M.R. Wells; and Steven S. Etkind, against plaintiff, the United States Securities and Exchange Commission, on all claims for relief and causes of action asserted in this action; and

3. That defendants are **AWARDED** their costs to be taxed by the clerk of the court in the time and manner provided by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 29th day of March, 2013.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
            Edward P. Butler
            Deputy Clerk