**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

    Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
AMEND THE JUDGMENT [ECF #152] AND CORRECT THE
MEMORANDUM OPINION AND ORDER [ECF #151]**

**Blackburn, J.**

The matter before me is **Plaintiff's Unopposed Motion To Amend the Judgment [ECF #152] and Correct the Memorandum Opinion and Order [ECF #151]** [#153], filed April 1, 2013. Having considered the motion and being thus fully advised of the premises, I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Unopposed Motion To Amend the Judgment [ECF #152] and Correct the Memorandum Opinion and Order [ECF #151]** [#153], filed April 1, 2013, is **GRANTED**;

2. That the **Memorandum Opinion and Order** [#151], filed March 29, 2013, is **AMENDED** to delete paragraph 3 of Section III at page 31; and

3. That the Clerk of the Court is **DIRECTED** to amend the **Final Judgment** [#152], filed March 29, 2013, in accordance with this order.

Dated April 2, 2013, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge