IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00668-REB-MJW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ST. ANSELM EXPLORATION CO.,
MICHAEL A. ZAKROFF,
MARK S. PALMER,
ANNA M.R. WELLS, and
STEVEN S. ETKIND,

    Defendants.

## AMENDED FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Amended Final Judgment** is entered.

A. Pursuant to the **Order Concerning Defendants' Motions To Dismiss** [#66] entered by Judge Robert E. Blackburn on March 28, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That **Defendant Steven S. Etkind's Motion To Dismiss the First Amended Complaint Pursuant To F.R.C.P. 9(b) and 12(b)(6)** [#41] filed July 29, 2011, is **GRANTED** as to that portion of the claim under § 10(b), *see* 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, *see* 17 C.F.R. § 240.10b, part of the second claim for relief, is based on alleged misrepresentations by Steven Etkind made in December, 2008; and

2. That otherwise, **Defendant Steven S. Etkind's Motion To Dismiss the First Amended Complaint Pursuant To F.R.C.P. 9(b) and 12(b)(6)** [#41] filed July 29, 2011, is **DENIED**.

B. Pursuant to the **Memorandum Opinion and Order** [#151] entered by Judge Robert E. Blackburn on March 29, 2013, and the **Order Granting Plaintiff's Unopposed Motion To Amend the Judgment [ECF #152] and Correct the Memorandum Opinion and Order [ECF #151]**, entered April 2, 2013 [ECF #153], which orders are incorporated by reference,

**IT IS ORDERED** as follows:

1. That **Defendants' Motion for Judgment Pursuant to F.R.C.P. 52(c)** [#141], filed August 17, 2012, is **GRANTED**; and

2. That **JUDGMENT WITH PREJUDICE IS ENTERED** on behalf of defendants, St. Anselm Exploration Co.; Michael A. Zakroff; Mark S. Palmer; Anna M.R. Wells; and Steven S. Etkind, against plaintiff, the United States Securities and Exchange Commission, on all claims for relief and causes of action asserted in this action.

DATED at Denver, Colorado, this 3rd day of April, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk